HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
SANDHYA NADADUR, Bar No. 361807
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
LYNNDA RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LYNNDA RIVERS,<br>Defendant. | Case No. 2:25-CR-0248-DJC<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: October 29, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, LYNNDA RIVERS, by and through her counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for a status conference on October 29, 2026.
2. By this stipulation, defendant now moves for continuance of the status conference until December 17, 2026, and to exclude time between October 29, 2026, and December 17, 2026, under Local Code T4.
3. The parties agree and stipulate, and request that the Court find the following:
   a) The government has represented that the discovery associated with this case includes over 1,500 pages of various law enforcement and investigative reports, financial records, and video surveillance footage, which have been provided to defense counsel.

b) Counsel for the defendant is in the process of reviewing all discovery and performing her own research regarding factual issues, trial defenses, and sentencing. Counsel for the defendant requests additional time to do so and to meet with her client to discuss all aspects of the case.

c) Counsel for the defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 29, 2026, to December 17, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

////

////

////

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 21, 2026

*<u>/s/ Sandhya Nadadur</u>*
SANDHYA NADADUR
MEGHAN McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
LYNNDA RIVERS

Dated: October 21, 2026

*<u>/s/ Nicole Moody</u>*
Nicole Moody
Assistant United States Attorney

**ORDER**

**IT IS SO FOUND AND ORDERED** this 21st day of October, 2026.

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE